IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ASAD EL-AMIN MUJIHADEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   03-2044 D/An |
| ) | |
| TENNESSEE BOARD OF ) | |
| PROBATION AND PAROLES, et al., ) | |
| ) | |
| Defendants. ) | |

## RULE 16(b) SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this Order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities. The following dates are established as the final dates for:

| | |
|---|---|
| **Filing Motions to Join Parties** | August 5, 2005 |
| **Filing Motions to Amend Pleadings** | August 5, 2005 |
| **Completing All Discovery** pursuant to Rules 26-35 and Rule 37 of the Federal Rules of Civil Procedure | September 5, 2005 |
| **Filing Pre-Trial Motions of any kind including Motions for Summary Judgment** | November 5, 2005 |

This order will not be modified except upon showing of good cause.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: May 05, 2005

1

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT