IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 12: 36

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ASAD EL-AMIN MUJIHADEEN, | X | |
| Plaintiff, | X | |
| vs. | X | No. 03-2044-D/An |
| TENNESSEE BOARD OF PROBATION AND PAROLES, et al., | X | |
| Defendants. | X | |

ORDER DENYING IRREGULAR MOTION

On April 5, 2005, plaintiff filed a motion seeking leave to commence discovery. Leave of court is not required to conduct discovery, and the defendants' subsequent motion for an enlargement of time, which was filed on June 13, 2005, makes clear that the plaintiff has served the defendants with discovery requests. Accordingly, the plaintiff's motion is DENIED as moot.

IT IS SO ORDERED this  24  day of August, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT