IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 12: 37

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ASAD EL-AMIN MUJIHADEEN, | X | |
| Plaintiff, | X | |
| vs. | X | No. 03-2044-D/An |
| TENNESSEE BOARD OF PROBATION AND PAROLES, et al., | X | |
| Defendants. | X | |

ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION TO COMPEL

On August 2, 2005, plaintiff filed a motion to compel discovery and for sanctions. On August 8, 2005, the clerk filed a letter from the plaintiff seeking to withdraw his motion, which he characterized as "premature." Defendants filed a response to that motion on August 10, 2005 stating that they did, in fact, respond or object to plaintiff's discovery requests. Plaintiff filed a reply on August 12, 2005 in which he agreed that his motion is moot. For good cause shown, the Court GRANTS plaintiff's motion to withdraw his August 2, 2005 motion to compel.

IT IS SO ORDERED this 24 day of August, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT