IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|   |   |
|---|---|
| ASAD EL-AMIN MUJIHADEEN, | |
| Plaintiff, | |
| vs. | No. 03-2044-D/An |
| TENNESSEE BOARD OF PROBATION AND PAROLES, et al., | |
| Defendants. | |

ORDER TO SHOW CAUSE

On March 24, 2005, the Court issued an order granting in part and denying in part defendants' motion to dismiss. Pursuant to Fed. R. Civ. P. 4(a)(4)(A), defendants' answer to the complaint was due within ten (10) days after defendants' receipt of that order. The defendants' copies of the March 24, 2005 order have not been returned by the post office and, therefore, it can be assumed that they have been received. Accordingly, the defendants are ORDERED, within eleven (11) days of the date of entry of this order, why the Clerk should not be ordered to enter a default pursuant to Fed. R.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on

Civ. P. 55(a). The parties are CAUTIONED that late-filed answers will not be accepted without a showing of good cause within the meaning of Fed. R. Civ. P. 55(c).

IT IS SO ORDERED this __24__ day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT