IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 12:36

_____ GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| ASAD EL-AMIN MUJIHADEEN, | X | |
| Plaintiff, | X | |
| vs. | X | No. 03-2044-D/An |
| TENNESSEE BOARD OF PROBATION AND PAROLES, et al., | X | |
| Defendants. | X | |

ORDER CONCERNING PLAINTIFF'S
MARCH 15, 2005 FILING

On March 15, 2005, plaintiff Asad El-Amin Mujihadeen, a/k/a Ronald Turks, Tennessee Department of Correction ("TDOC") prisoner number 86217, an inmate at the West Tennessee State Penitentiary ("WTSP") in Henning, Tennessee, filed a document, entitled "FRCP, Rule 72 Motion for a Magistrate Report and Recommendation or in the Alternative Rule 38(b) Motion for Trial by Jury." The defendant has not responded to this filing, and the time for a response has expired.

There is currently no pending dispositive motion that has been referred to a magistrate judge for a report and recommendation and, therefore, that aspect of the plaintiff's motion is DENIED. To the extent the plaintiff is seeking to add a jury demand, pursuant

This document entered on the docket sheet in compliance
with Rule 58 and /9(a) FRCP on _____

to Fed. R. Civ. P. 38(b), the Court CONSTRUES the plaintiff's filing as such a demand. The Clerk is ORDERED to record the plaintiff's jury demand on the docket. To the extent the plaintiff's filing constitutes a complaint about the length of time the case has been pending, scheduling orders have been issued on May 9, 2005; May 17, 2005; and June 7, 2005.

IT IS SO ORDERED this 24th day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT