IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 12: 37

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ASAD EL-AMIN MUJIHADEEN,　　　　X
　　　　　　　　　　　　　　　　　X
　　　　　Plaintiff,　　　　　　　X
　　　　　　　　　　　　　　　　　X
vs.　　　　　　　　　　　　　　　X　　　No. 03-2044-D/An
　　　　　　　　　　　　　　　　　X
TENNESSEE BOARD OF PROBATION　　X
AND PAROLES, et al.,　　　　　　 X
　　　　　　　　　　　　　　　　　X
　　　　　Defendants.　　　　　　 X
　　　　　　　　　　　　　　　　　X

---

ORDER GRANTING MOTION FOR EXTENSION OF TIME

---

On June 13, 2005, defendants filed a motion for a forty-five (45) day extension of time, until July 28, 2005, to respond to interrogatories and document requests served by the plaintiff. Plaintiff filed a response in opposition to that motion on June 13, 2005, which was mislabeled as a motion rather than a response to a motion. Although it would have been preferable for defense counsel to provide some reason for her request for additional time, this is a first motion and the amount of time requested is not



unreasonable. Accordingly, the Court GRANTS defendants motion for an extension of time.

IT IS SO ORDERED this __24th__ day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT