FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 SEP -6 PM 4:24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ASAD EL-AMIN MUJIHADEEN, )
    Plaintiff, )
v. ) No. 03-2044-D/A
)
TENNESSEE BOARD OF PROBATION )
AND PAROLES, et al., )
    Defendants. )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants respectfully request an extension of time to September 30, 2005 in which to respond to the plaintiff's second set of interrogatories and requests for production of documents. Said extension of time is needed to properly respond thereto.

Respectfully submitted,

**MOTION GRANTED**
DATE: 9-8-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

PAUL G. SUMMERS
Attorney General and Reporter

PAMELA S. LORCH, Bar No. 8968
Senior Counsel
Attorney General's Office
PO Box 20207
Nashville, TN 37202
(615) 532-2500

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been mailed, postage prepaid, by regular U.S. mail, this 1st day of September, 2005 to:

Asad E. Mujihadeen aka Ronald Turks #86217
WTSP
PO Box 1150
Henning, Tn 38041-1150

PAMELA S. LORCH

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-9-05

104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:03-CV-02044 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Kimberly J. Dean
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Asad El-Amin Mujihadeen
WTSP-Henning
86217
P.O. Box 1050
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT